**FILED**

**JUL 2 0 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2212
4  Tel: 650.843.4000
   Fax: 650.843.4001
5
   Attorneys for Plaintiff
6  CNF Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 CNF Inc.,                              Case No. 3:05-CV-00492-MHP

12              Plaintiff,

13       vs.                              STIPULATION
                                          REQUESTING
14 CONWAY-AUSTRIA.COM, CONWAY-            CONTINUANCE OF THE
   BALGARIA.COM, CONWAY-BELARUS.COM,      INITIAL CASE
15 CONWAY-BELARUSY.COM, CONWAY-           MANAGEMENT
   BELGIE.COM, CONWAY-BELGIQUE.COM,       CONFERENCE TO
16 CONWAY-BELGIUM.COM, CONWAY-            AUGUST 17, 2005
   BULGARIA.COM, CONWAY-CESKA.COM,
17 CONWAY-CESKO.COM, CONWAY-CYPRUS.COM,
   CONWAY-CZECH.COM, CONWAY-
18 DANMARK.COM, CONWAY-DENMARK.COM,
   CONWAY-EESTI.COM, CONWAY-EIRE.COM,
19 CONWAY-ELLADA.COM, CONWAY-
   ESPANA.COM, CONWAY-ESPANYA.COM,
20 CONWAY-ESTONIA.COM, CONWAY-
   EUROPA.COM, CONWAY-EUROPE.COM,
21 CONWAY-FINLAND.COM, CONWAY-
   FRANCE.COM, CONWAY-GREECE.COM,
22 CONWAY-HRVATSKA.COM, CONWAY-
   HUNGARY.COM, CONWAY-IRELAND, CONWAY-
23 ITALIA.COM, CONWAY-ITALY.COM, CONWAY-
   KROATIA.COM, CONWAY-KYPROS.COM,
24 CONWAY-LATVIA.COM, CONWAY-
   LATVIJA.COM, CONWAY-LETZEBUERG.COM,
25 CONWAY-LIETUVA.COM, CONWAY-
   LITHUANIA.COM, CONWAY-
26 LUXEMBOURG.COM, CONWAY-
   LUXEMBURG.COM, CONWAY-MAGYAR.COM,
27 CONWAY-MALTA.COM, CONWAY-
   NEDERLAND.COM, CONWAY-
28 NETHERLANDS.COM, CONWAY-NOREG.COM,

1-PA/3550618.1

| | |
|---|---|
| 1 | CONWAY-NORGE.COM, CONWAY-NORWAY.COM, CONWAY-OESTERREICH.COM, |
| 2 | CONWAY-PLASKA.COM, CONWAY-POLAND.COM, CONWAY-PORTUGAL.COM, |
| 3 | CONWAY-PORTUGUESA.COM, CONWAY-ROMANIA.COM, CONWAY-RUSSIA.COM, |
| 4 | CONWAY-SCHWEDEN.COM, CONWAY-SLOVAKIA.COM, CONWAY-SLOVENIA.COM, |
| 5 | CONWAY-SLOVENIJA.COM, CONWAY-SLOVENSKO.COM, CONWAY-SPAIN.COM, |
| 6 | CONWAY-SUOMI.COM, CONWAY-SVERIGE.COM, CONWAY-TURKEY.COM, CONWAY- |
| 7 | UKRAIJA.COM, CONWAY-UKRAINE.COM, CONWAY-UNITEDKINGDOM.COM, |
| 8 | CONWAYAUSTRIA.COM, CONWAYBALGARIA.COM, |
| 9 | CONWAYBELARUS.COM, CONWAYBELARUSY.COM, |
| 10 | CONWAYBELGIE.COM, CONWAYBELGIQUE.COM, |
| 11 | CONWAYBELGIUM.COM, CONWAYBULGARIA.COM, CONWAY |
| 12 | CESKA.COM, CONWAYCESKO.COM, CONWAYCYPRUS.COM, CONWAYCZECH.COM, |
| 13 | CONWAYDANMARK.COM, CONWAYDENMARK.COM, CONWAYEIRE.COM, |
| 14 | CONWAYELLADA.COM, CONWAYESPANA.COM, CONWAYESPANYA.COM, CONWAYESTI.COM, |
| 15 | CONWAYESTONIA.COM, CONWAYEUROPA.COM, CONWAYEUROPE.COM, |
| 16 | CONWAYFINLAND.COM, CONWAYFRANCE.COM, CONWAYGREECE.COM, |
| 17 | CONWAYHRVATSKA.COM, CONWAYHUNGARY.COM, |
| 18 | CONWAYIRELAND.COM, CONWAYITALIA.COM, CONWAYITALY.COM, CONWAYKROATIA.COM, |
| 19 | CONWAYKYPROS.COM, CONWAYLATVIA.COM, CONWAYLATVIJA.COM, |
| 20 | CONWAYLETZEBUERG.COM, CONWAYLIECHTENSTEIN.COM, |
| 21 | CONWAYLIETUVA.COM, CONWAYLITHUANIA.COM, |
| 22 | CONWAYLUXEMBOURG.COM, CONWAYLUXEMBURG.COM, |
| 23 | CONWAYMAGYAR.COM, CONWAYMALTA.COM, CONWAYNEDERLAND.COM, |
| 24 | CONWAYNETHERLANDS.COM, CONWAYNOREG.COM, CONWAYNORGE.COM, |
| 25 | CONWAYNORWAY.COM, CONWAYOESTERREICH.COM, |
| 26 | CONWAYPLASKA.COM, CONWAYPOLAND.COM, CONWAYPORTUGAL.COM, |
| 27 | CONWAYPORTUGUESA.COM, CONWAYROMANIA.COM, |
| 28 | CONWAYRUSSIA.COM, |

| | |
|---|---|
| 1 | CONWAYSCHWEDEN.COM, CONWAYSLOVAKIA.COM, |
| 2 | CONWAYSLOVENIA.COM, CONWAYSLOVENIJA.COM, |
| 3 | CONWAYSLOVENSKO.COM, CONWAYSPAIN.COM, CONWAYSUOMI.COM, |
| 4 | CONWAYSVERIGE.COM, CONWAYSVIZRA.COM, CONWAYTURKEY.COM, |
| 5 | CONWAYUKRAIJA.COM, CONWAYUKRAINE.COM, |
| 6 | CONWAYUNITEDKINGDOM.COM, CONWAY-EUROPA.NET, CONWAY-EUROPE.NET, |
| 7 | CONWAYEUROPA.NET, CONWAYEUROPE.NET, CONWAY-CIBRIS.COM, CONWAY- |
| 8 | LIECHTENSTEIN.COM, CONWAY-SCHWEIZ.COM, CONWAY-SUISSE.COM, CONWAY-SVIZRA.COM, |
| 9 | CONWAY-SVIZZERA.COM, CONWAYSWEDEN.COM, CONWAY- |
| 10 | SWITZERLAND.COM, CONWAYCIBRIS.COM, CONWAYSCHWEIZ.COM, CONWAYSUISSE.COM, |
| 11 | CONWAYSVIZZERA.COM, CONWAYSWITZERLAND.COM, CONWAY- |
| 12 | EUROPE.COM, CONWAYEUROPA.COM, CONWAY-POLSKA.COM, and |
| 13 | CONWAYPOLSKA.COM, |
| 14 | Defendants. |

16  Pursuant to Local Rules 7-12 and 16-2(d), IT IS HEREBY STIPULATED AND
17  AGREED, by and between the parties' undersigned counsel, subject to the Court's approval, that
18  the telephonic Initial Case Management Conference be continued from July 13, 2005 at 3:00 p.m
19  to August 17, 2005 at 3:00 p.m. and that the Joint Case Management Statement be due ten days
20  before the August 17, 2005 Case Management Conference.

21  Good cause exists for the continuance request as the parties have agreed in principle to a
22  settlement of the matter and need the additional time to finalize a written agreement, which, if
23  completed, will obviate the need for a Case Management Conference.

24  //
25  //
26  //

1-PA/3550618.1

3

Case 3:05-cv-00492-MHP   Document 32   Filed 07/20/05   Page 4 of 4
Case 3:05-cv-00492-MHP   Document 30   Filed 07/11/2005   Page 4 of 5

| | | |
|---|---|---|
| 1 | Dated: July 11, 2005 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By  /s/ Andrew J. Gray |
| 4 | | Andrew J. Gray<br>Bruno Tarabichi<br>Attorneys for Plaintiff |
| 5 | | CNF Inc. |
| 6 | | |
| 7 | Dated: July 11, 2005 | KENYON & KENYON |
| 8 | | |
| 9 | | By  /s/ Dana R. Kaplan<br>Dana R. Kaplan |
| 10 | | Michelle Mancino Marsh<br>Attorneys for Defendants |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Date: 7-20-05

_____
Honorable Judge Patel

1-PA/3550618.1

4