1 | ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
2 | MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3 | 3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2212
4 | Tel:  650.843.4000
Fax:  650.843.4001
5 |
Attorneys for Plaintiff
6 | CNF Inc.

7

**FILED**

**AUG 1 7 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | CNF Inc.,                                    Case No. 3:05-CV-00492-MHP

12 |                   Plaintiff,

13 |              vs.                             **STIPULATION
                                                  REQUESTING**
14 | CONWAY-AUSTRIA.COM, CONWAY-                  **CONTINUANCE OF THE
     BALGARIA.COM, CONWAY-BELARUS.COM,            INITIAL CASE**
15 | CONWAY-BELARUSY.COM, CONWAY-                 **MANAGEMENT
     BELGIE.COM, CONWAY-BELGIQUE.COM,             CONFERENCE TO**
16 | CONWAY-BELGIUM.COM, CONWAY-                  **OCTOBER 19, 2005**
     BULGARIA.COM, CONWAY-CESKA.COM,
17 | CONWAY-CESKO.COM, CONWAY-CYPRUS.COM,
     CONWAY-CZECH.COM, CONWAY-
18 | DANMARK.COM, CONWAY-DENMARK.COM,
     CONWAY-EESTI.COM, CONWAY-EIRE.COM,
19 | CONWAY-ELLADA.COM, CONWAY-
     ESPANA.COM, CONWAY-ESPANYA.COM,
20 | CONWAY-ESTONIA.COM, CONWAY-
     EUROPA.COM, CONWAY-EUROPE.COM,
21 | CONWAY-FINLAND.COM, CONWAY-
     FRANCE.COM, CONWAY-GREECE.COM,
22 | CONWAY-HRVATSKA.COM, CONWAY-
     HUNGARY.COM, CONWAY-IRELAND, CONWAY-
23 | ITALIA.COM, CONWAY-ITALY.COM, CONWAY-
     KROATIA.COM, CONWAY-KYPROS.COM,
24 | CONWAY-LATVIA.COM, CONWAY-
     LATVIJA.COM, CONWAY-LETZEBUERG.COM,
25 | CONWAY-LIETUVA.COM, CONWAY-
     LITHUANIA.COM, CONWAY-
26 | LUXEMBOURG.COM, CONWAY-
     LUXEMBURG.COM, CONWAY-MAGYAR.COM,
27 | CONWAY-MALTA.COM, CONWAY-
     NEDERLAND.COM, CONWAY-
28 | NETHERLANDS.COM, CONWAY-NOREG.COM,

1-PA/3555604.1

1   CONWAY-NORGE.COM, CONWAY-
NORWAY.COM, CONWAY-OESTERREICH.COM,
2   CONWAY-PLASKA.COM, CONWAY-
POLAND.COM, CONWAY-PORTUGAL.COM,
3   CONWAY-PORTUGUESA.COM, CONWAY-
ROMANIA.COM, CONWAY-RUSSIA.COM,
4   CONWAY-SCHWEDEN.COM, CONWAY-
SLOVAKIA.COM, CONWAY-SLOVENIA.COM,
5   CONWAY-SLOVENIJA.COM, CONWAY-
SLOVENSKO.COM, CONWAY-SPAIN.COM,
6   CONWAY-SUOMI.COM, CONWAY-SVERIGE.COM,
CONWAY-TURKEY.COM, CONWAY-
7   UKRAIJA.COM, CONWAY-UKRAINE.COM,
CONWAY-UNITEDKINGDOM.COM,
8   CONWAYAUSTRIA.COM,
CONWAYBALGARIA.COM,
9   CONWAYBELARUS.COM,
CONWAYBELARUSY.COM,
10   CONWAYBELGIE.COM,
CONWAYBELGIQUE.COM,
11   CONWAYBELGIUM.COM,
CONWAYBULGARIA.COM, CONWAY
12   CESKA.COM, CONWAYCESKO.COM,
CONWAYCYPRUS.COM, CONWAYCZECH.COM,
13   CONWAYDANMARK.COM,
CONWAYDENMARK.COM, CONWAYEIRE.COM,
14   CONWAYELLADA.COM, CONWAYESPANA.COM,
CONWAYESPANYA.COM, CONWAYESTI.COM,
15   CONWAYESTONIA.COM,
CONWAYEUROPA.COM, CONWAYEUROPE.COM,
16   CONWAYFINLAND.COM,
CONWAYFRANCE.COM, CONWAYGREECE.COM,
17   CONWAYHRVATSKA.COM,
CONWAYHUNGARY.COM,
18   CONWAYIRELAND.COM, CONWAYITALIA.COM,
CONWAYITALY.COM, CONWAYKROATIA.COM,
19   CONWAYKYPROS.COM, CONWAYLATVIA.COM,
CONWAYLATVIJA.COM,
20   CONWAYLETZEBUERG.COM,
CONWAYLIECHTENSTEIN.COM,
21   CONWAYLIETUVA.COM,
CONWAYLITHUANIA.COM,
22   CONWAYLUXEMBOURG.COM,
CONWAYLUXEMBURG.COM,
23   CONWAYMAGYAR.COM, CONWAYMALTA.COM,
CONWAYNEDERLAND.COM,
24   CONWAYNETHERLANDS.COM,
CONWAYNOREG.COM, CONWAYNORGE.COM,
25   CONWAYNORWAY.COM,
CONWAYOESTERREICH.COM,
26   CONWAYPLASKA.COM, CONWAYPOLAND.COM,
CONWAYPORTUGAL.COM,
27   CONWAYPORTUGUESA.COM,
CONWAYROMANIA.COM,
28   CONWAYRUSSIA.COM,

1   CONWAYSCHWEDEN.COM,
    CONWAYSLOVAKIA.COM,
2   CONWAYSLOVENIA.COM,
    CONWAYSLOVENIJA.COM,
3   CONWAYSLOVENSKO.COM,
    CONWAYSPAIN.COM, CONWAYSUOMI.COM,
4   CONWAYSVERIGE.COM, CONWAYSVIZRA.COM,
    CONWAYTURKEY.COM,
5   CONWAYUKRAIJA.COM,
    CONWAYUKRAINE.COM,
6   CONWAYUNITEDKINGDOM.COM,CONWAY-
    EUROPA.NET, CONWAY-EUROPE.NET,
7   CONWAYEUROPA.NET, CONWAYEUROPE.NET,
    CONWAY-CIBRIS.COM, CONWAY-
8   LIECHTENSTEIN.COM, CONWAY-SCHWEIZ.COM,
    CONWAY-SUISSE.COM, CONWAY-SVIZRA.COM,
9   CONWAY-SVIZZERA.COM,
    CONWAYSWEDEN.COM, CONWAY-
10  SWITZERLAND.COM, CONWAYCIBRIS.COM,
    CONWAYSCHWEIZ.COM, CONWAYSUISSE.COM,
11  CONWAYSVIZZERA.COM,
    CONWAYSWITZERLAND.COM, CONWAY-
12  EUROPE.COM, CONWAYEUROPA.COM,
    CONWAY-POLSKA.COM, and
13  CONWAYPOLSKA.COM,

14                          Defendants.

15

16          Pursuant to Local Rules 7-12 and 16-2(d), IT IS HEREBY STIPULATED AND

17  AGREED, by and between the parties' undersigned counsel, subject to the Court's approval, that

18  the telephonic Initial Case Management Conference be continued from August 17, 2005 at 3:00

19  p.m. to October 19, 2005 at 3:00 p.m.and that the Joint Case Management Statement be due ten

20  days before the October 19, 2005 Case Management Conference.

21          Good cause exists for the continuance request as the parties have agreed in principle to a

22  settlement of the matter and need the additional time to finalize a written agreement, which, if

23  completed, will obviate the need for a Case Management Conference.

24  //

25  //

26  //

27

28

1-PA/3555604.1

3

1   Dated:  August 15, 2005                          MORGAN, LEWIS & BOCKIUS LLP

2

3                                                    By    /s/ Andrew J. Gray

4                                                          Andrew J. Gray
                                                           Bruno Tarabichi
                                                           Attorneys for Plaintiff
5                                                          CNF Inc.

6
    Dated:  August 15, 2005                          KENYON & KENYON
7

8

9                                                    By    /s/ Dana R. Kaplan
                                                           Dana R. Kaplan
                                                           Michelle Mancino Marsh
10                                                         Attorneys for Defendants

11

    PURSUANT TO THE STIPULATION, IT IS SO ORDERED
12
    Date:    8/16/05
13                                                   Honorable Judge Patel

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-PA/3555604.1

                                            4