```
                                                              FILED

                                                              OCT 25 2005

1   ANDREW J. GRAY IV (CA Bar No. 202137)
    BRUNO TARABICHI (CA Bar No. 215129)                       RICHARD W. WIEKING
2   MORGAN, LEWIS & BOCKIUS LLP                          CLERK, U.S. DISTRICT COURT
    2 Palo Alto Square                                   NORTHERN DISTRICT OF CALIFORNIA
3   3000 El Camino Real, Suite 700
    Palo Alto, CA 94306-2212
4   Tel: 650.843.4000
    Fax: 650.843.4001
5
    Attorneys for Plaintiff
6   CNF Inc.

7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNF Inc., | Case No. 3:05-CV-00492-MHP |
| Plaintiff, | |
| vs. | STIPULATION REQUESTING CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE TO JANUARY 11, 2006 |
| CONWAY-AUSTRIA.COM, CONWAY-BALGARIA.COM, CONWAY-BELARUS.COM, CONWAY-BELARUSY.COM, CONWAY-BELGIE.COM, CONWAY-BELGIQUE.COM, CONWAY-BELGIUM.COM, CONWAY-BULGARIA.COM, CONWAY-CESKA.COM, CONWAY-CESKO.COM, CONWAY-CYPRUS.COM, CONWAY-CZECH.COM, CONWAY-DANMARK.COM, CONWAY-DENMARK.COM, CONWAY-EESTI.COM, CONWAY-EIRE.COM, CONWAY-ELLADA.COM, CONWAY-ESPANA.COM, CONWAY-ESPANYA.COM, CONWAY-ESTONIA.COM, CONWAY-EUROPA.COM, CONWAY-EUROPE.COM, CONWAY-FINLAND.COM, CONWAY-FRANCE.COM, CONWAY-GREECE.COM, CONWAY-HRVATSKA.COM, CONWAY-HUNGARY.COM, CONWAY-IRELAND, CONWAY-ITALIA.COM, CONWAY-ITALY.COM, CONWAY-KROATIA.COM, CONWAY-KYPROS.COM, CONWAY-LATVIA.COM, CONWAY-LATVIJA.COM, CONWAY-LETZEBUERG.COM, CONWAY-LIETUVA.COM, CONWAY-LITHUANIA.COM, CONWAY-LUXEMBOURG.COM, CONWAY-LUXEMBURG.COM, CONWAY-MAGYAR.COM, CONWAY-MALTA.COM, CONWAY-NEDERLAND.COM, CONWAY-NETHERLANDS.COM, CONWAY-NOREG.COM, | |

1-PA/3563408.1

| | |
|---|---|
| 1 | CONWAY-NORGE.COM, CONWAY-NORWAY.COM, CONWAY-OESTERREICH.COM, |
| 2 | CONWAY-PLASKA.COM, CONWAY-POLAND.COM, CONWAY-PORTUGAL.COM, |
| 3 | CONWAY-PORTUGUESA.COM, CONWAY-ROMANIA.COM, CONWAY-RUSSIA.COM, |
| 4 | CONWAY-SCHWEDEN.COM, CONWAY-SLOVAKIA.COM, CONWAY-SLOVENIA.COM, |
| 5 | CONWAY-SLOVENIJA.COM, CONWAY-SLOVENSKO.COM, CONWAY-SPAIN.COM, |
| 6 | CONWAY-SUOMI.COM, CONWAY-SVERIGE.COM, CONWAY-TURKEY.COM, CONWAY- |
| 7 | UKRAIJA.COM, CONWAY-UKRAINE.COM, CONWAY-UNITEDKINGDOM.COM, |
| 8 | CONWAYAUSTRIA.COM, CONWAYBALGARIA.COM, |
| 9 | CONWAYBELARUS.COM, CONWAYBELARUSY.COM, |
| 10 | CONWAYBELGIE.COM, CONWAYBELGIQUE.COM, |
| 11 | CONWAYBELGIUM.COM, CONWAYBULGARIA.COM, CONWAY |
| 12 | CESKA.COM, CONWAYCESKO.COM, CONWAYCYPRUS.COM, CONWAYCZECH.COM, |
| 13 | CONWAYDANMARK.COM, CONWAYDENMARK.COM, CONWAYEIRE.COM, |
| 14 | CONWAYELLADA.COM, CONWAYESPANA.COM, CONWAYESPANYA.COM, CONWAYESTI.COM, |
| 15 | CONWAYESTONIA.COM, CONWAYEUROPA.COM, CONWAYEUROPE.COM, |
| 16 | CONWAYFINLAND.COM, CONWAYFRANCE.COM, CONWAYGREECE.COM, |
| 17 | CONWAYHRVATSKA.COM, CONWAYHUNGARY.COM, |
| 18 | CONWAYIRELAND.COM, CONWAYITALIA.COM, CONWAYITALY.COM, CONWAYKROATIA.COM, |
| 19 | CONWAYKYPROS.COM, CONWAYLATVIA.COM, CONWAYLATVIJA.COM, |
| 20 | CONWAYLETZEBUERG.COM, CONWAYLIECHTENSTEIN.COM, |
| 21 | CONWAYLIETUVA.COM, CONWAYLITHUANIA.COM, |
| 22 | CONWAYLUXEMBOURG.COM, CONWAYLUXEMBURG.COM, |
| 23 | CONWAYMAGYAR.COM, CONWAYMALTA.COM, CONWAYNEDERLAND.COM, |
| 24 | CONWAYNETHERLANDS.COM, CONWAYNOREG.COM, CONWAYNORGE.COM, |
| 25 | CONWAYNORWAY.COM, CONWAYOESTERREICH.COM, |
| 26 | CONWAYPLASKA.COM, CONWAYPOLAND.COM, CONWAYPORTUGAL.COM, |
| 27 | CONWAYPORTUGUESA.COM, CONWAYROMANIA.COM, |
| 28 | CONWAYRUSSIA.COM, |

| | |
|---|---|
| 1 | CONWAYSCHWEDEN.COM, CONWAYSLOVAKIA.COM, |
| 2 | CONWAYSLOVENIA.COM, CONWAYSLOVENIJA.COM, |
| 3 | CONWAYSLOVENSKO.COM, CONWAYSPAIN.COM, CONWAYSUOMI.COM, |
| 4 | CONWAYSVERIGE.COM, CONWAYSVIZRA.COM, CONWAYTURKEY.COM, |
| 5 | CONWAYUKRAIJA.COM, CONWAYUKRAINE.COM, |
| 6 | CONWAYUNITEDKINGDOM.COM, CONWAY-EUROPA.NET, CONWAY-EUROPE.NET, |
| 7 | CONWAYEUROPA.NET, CONWAYEUROPE.NET, CONWAY-CIBRIS.COM, CONWAY- |
| 8 | LIECHTENSTEIN.COM, CONWAY-SCHWEIZ.COM, CONWAY-SUISSE.COM, CONWAY-SVIZRA.COM, |
| 9 | CONWAY-SVIZZERA.COM, CONWAYSWEDEN.COM, CONWAY- |
| 10 | SWITZERLAND.COM, CONWAYCIBRIS.COM, CONWAYSCHWEIZ.COM, CONWAYSUISSE.COM, |
| 11 | CONWAYSVIZZERA.COM, CONWAYSWITZERLAND.COM, CONWAY- |
| 12 | EUROPE.COM, CONWAYEUROPA.COM, CONWAY-POLSKA.COM, and |
| 13 | CONWAYPOLSKA.COM, |
| 14 | Defendants. |

Pursuant to Local Rules 7-12 and 16-2(d), IT IS HEREBY STIPULATED AND AGREED, by and between the parties' undersigned counsel, subject to the Court's approval, that the telephonic Initial Case Management Conference be continued from November 2, 2005 at 3:00 p.m. to January 9, 2006 at 3:00 p.m. and that the Joint Case Management Statement be due ten days before the January 9, 2006 Case Management Conference.

Good cause exists for the continuance request as the parties have agreed in principle to a settlement of the matter and need the additional time to finalize a written agreement, which, if completed, will obviate the need for a Case Management Conference.

//

//

//

I-PA/3563408.1

3

| | | |
|---|---|---|
| 1 | Dated: October 21, 2005 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By   /s/ Andrew J. Gray |
| 4 | |     Andrew J. Gray |
| | |     Bruno Tarabichi |
| 5 | |     Attorneys for Plaintiff |
| | |     CNF Inc. |
| 6 | | |
| 7 | Dated: October 21, 2005 | KENYON & KENYON |
| 8 | | |
| 9 | | By   /s/ Dana R. Kaplan |
| | |     Dana R. Kaplan |
| 10 | |     Michelle Mancino Marsh |
| | |     Attorneys for Defendants |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Date: 10/25/06

Honorable Judge Patel

1-PA/3563408.1

4