ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff
CNF Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNF Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>CONWAY-AUSTRIA.COM, CONWAY-BALGARIA.COM, CONWAY-BELARUS.COM, CONWAY-BELARUSY.COM, CONWAY-BELGIE.COM, CONWAY-BELGIQUE.COM, CONWAY-BELGIUM.COM, CONWAY-BULGARIA.COM, CONWAY-CESKA.COM, CONWAY-CESKO.COM, CONWAY-CYPRUS.COM, CONWAY-CZECH.COM, CONWAY-DANMARK.COM, CONWAY-DENMARK.COM, CONWAY-EESTI.COM, CONWAY-EIRE.COM, CONWAY-ELLADA.COM, CONWAY-ESPANA.COM, CONWAY-ESPANYA.COM, CONWAY-ESTONIA.COM, CONWAY-EUROPA.COM, CONWAY-EUROPE.COM, CONWAY-FINLAND.COM, CONWAY-FRANCE.COM, CONWAY-GREECE.COM, CONWAY-HRVATSKA.COM, CONWAY-HUNGARY.COM, CONWAY-IRELAND, CONWAY-ITALIA.COM, CONWAY-ITALY.COM, CONWAY-KROATIA.COM, CONWAY-KYPROS.COM, CONWAY-LATVIA.COM, CONWAY-LATVIJA.COM, CONWAY-LETZEBUERG.COM, CONWAY-LIETUVA.COM, CONWAY-LITHUANIA.COM, CONWAY-LUXEMBOURG.COM, CONWAY-LUXEMBURG.COM, CONWAY-MAGYAR.COM, CONWAY-MALTA.COM, CONWAY-NEDERLAND.COM, CONWAY-NETHERLANDS.COM, CONWAY-NOREG.COM, | Case No. 3:05-CV-00492-MHP<br><br>**STIPULATION REQUESTING CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE TO MARCH 22, 2006** |

1-PA/3571844.1

CONWAY-NORGE.COM, CONWAY-NORWAY.COM, CONWAY-OESTERREICH.COM, CONWAY-PLASKA.COM, CONWAY-POLAND.COM, CONWAY-PORTUGAL.COM, CONWAY-PORTUGUESA.COM, CONWAY-ROMANIA.COM, CONWAY-RUSSIA.COM, CONWAY-SCHWEDEN.COM, CONWAY-SLOVAKIA.COM, CONWAY-SLOVENIA.COM, CONWAY-SLOVENIJA.COM, CONWAY-SLOVENSKO.COM, CONWAY-SPAIN.COM, CONWAY-SUOMI.COM, CONWAY-SVERIGE.COM, CONWAY-TURKEY.COM, CONWAY-UKRAIJA.COM, CONWAY-UKRAINE.COM, CONWAY-UNITEDKINGDOM.COM, CONWAYAUSTRIA.COM, CONWAYBALGARIA.COM, CONWAYBELARUS.COM, CONWAYBELARUSY.COM, CONWAYBELGIE.COM, CONWAYBELGIQUE.COM, CONWAYBELGIUM.COM, CONWAYBULGARIA.COM, CONWAY CESKA.COM, CONWAYCESKO.COM, CONWAYCYPRUS.COM, CONWAYCZECH.COM, CONWAYDANMARK.COM, CONWAYDENMARK.COM, CONWAYEIRE.COM, CONWAYELLADA.COM, CONWAYESPANA.COM, CONWAYESPANYA.COM, CONWAYESTI.COM, CONWAYESTONIA.COM, CONWAYEUROPA.COM, CONWAYEUROPE.COM, CONWAYFINLAND.COM, CONWAYFRANCE.COM, CONWAYGREECE.COM, CONWAYHRVATSKA.COM, CONWAYHUNGARY.COM, CONWAYIRELAND.COM, CONWAYITALIA.COM, CONWAYITALY.COM, CONWAYKROATIA.COM, CONWAYKYPROS.COM, CONWAYLATVIA.COM, CONWAYLATVIJA.COM, CONWAYLETZEBUERG.COM, CONWAYLIECHTENSTEIN.COM, CONWAYLIETUVA.COM, CONWAYLITHUANIA.COM, CONWAYLUXEMBOURG.COM, CONWAYLUXEMBURG.COM, CONWAYMAGYAR.COM, CONWAYMALTA.COM, CONWAYNEDERLAND.COM, CONWAYNETHERLANDS.COM, CONWAYNOREG.COM, CONWAYNORGE.COM, CONWAYNORWAY.COM, CONWAYOESTERREICH.COM, CONWAYPLASKA.COM, CONWAYPOLAND.COM, CONWAYPORTUGAL.COM, CONWAYPORTUGUESA.COM, CONWAYROMANIA.COM, CONWAYRUSSIA.COM,

| | |
|---|---|
| 1 | CONWAYSCHWEDEN.COM, CONWAYSLOVAKIA.COM, |
| 2 | CONWAYSLOVENIA.COM, CONWAYSLOVENIJA.COM, |
| 3 | CONWAYSLOVENSKO.COM, CONWAYSPAIN.COM, CONWAYSUOMI.COM, |
| 4 | CONWAYSVERIGE.COM, CONWAYSVIZRA.COM, CONWAYTURKEY.COM, |
| 5 | CONWAYUKRAIJA.COM, CONWAYUKRAINE.COM, |
| 6 | CONWAYUNITEDKINGDOM.COM,CONWAY-EUROPA.NET, CONWAY-EUROPE.NET, |
| 7 | CONWAYEUROPA.NET, CONWAYEUROPE.NET, CONWAY-CIBRIS.COM, CONWAY- |
| 8 | LIECHTENSTEIN.COM, CONWAY-SCHWEIZ.COM, CONWAY-SUISSE.COM, CONWAY-SVIZRA.COM, |
| 9 | CONWAY-SVIZZERA.COM, CONWAYSWEDEN.COM, CONWAY- |
| 10 | SWITZERLAND.COM, CONWAYCIBRIS.COM, CONWAYSCHWEIZ.COM, CONWAYSUISSE.COM, |
| 11 | CONWAYSVIZZERA.COM, CONWAYSWITZERLAND.COM, CONWAY- |
| 12 | EUROPE.COM, CONWAYEUROPA.COM, CONWAY-POLSKA.COM, and |
| 13 | CONWAYPOLSKA.COM, |
| 14 | Defendants. |

16   Pursuant to Local Rules 7-12 and 16-2(d), IT IS HEREBY STIPULATED AND

17 AGREED, by and between the parties' undersigned counsel, subject to the Court's approval, that

18 the telephonic Initial Case Management Conference be continued from January 25, 2006 at 3:00

19 p.m. to March 22, 2006 at 3:00 p.m.and that the Joint Case Management Statement be due ten

20 days before the March 22, 2006 Case Management Conference.

21   Good cause exists for the continuance request as the parties have agreed in principle to a

22 settlement of the matter and need the additional time to finalize a written agreement, which, if

23 completed, will obviate the need for a Case Management Conference.

24 //

25 //

26 //

1-PA/3571844.1

3

| | | |
|---|---|---|
| 1 | Dated: January 11, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By  /s/ Andrew J. Gray |
| 4 | | Andrew J. Gray<br>Bruno Tarabichi |
| 5 | | Attorneys for Plaintiff<br>CNF Inc. |
| 6 | | |
| 7 | Dated: January 11, 2006 | KENYON & KENYON |
| 8 | | |
| 9 | | By  /s/ Dana R. Kaplan |
| 10 | | Dana R. Kaplan<br>Michelle Mancino Marsh<br>Attorneys for Defendants |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: _____     _____
Honorable Judge Patel

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

1-PA/3571844.1

4

## CERTIFICATE OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306. On January 11, 2006, I caused copies of the attached document(s) described as follows:

**STIPULATION REQUESTING CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE TO MARCH 22, 2006**

to be served on:

Dana R. Kaplan
KENYON & KENYON
One Broadway
New York, NY 10004

_____(BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

_____(BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

_____(BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection; and

_____(BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above; and

_____(BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

\_\_X\_\_ (BY COURT'S ECF NOTIFICATION PROCESS) The Court's ECF notification process.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on January 11, 2006.

_____/s/ Colette C. Aragón_____
Colette C. Aragón

1-PA/3571844.1

1