1   ANDREW J. GRAY IV (CA Bar No. 202137)
    BRUNO TARABICHI (CA Bar No. 215129)
2   MORGAN, LEWIS & BOCKIUS LLP
    2 Palo Alto Square
3   3000 El Camino Real, Suite 700
    Palo Alto, CA  94306-2212
4   Tel:  650.843.4000
    Fax:  650.843.4001
5
    Attorneys for Plaintiff
6   CNF Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   CNF Inc., | Case No. 3:05-CV-00492-MHP |
| 12                    Plaintiff, | |
| 13                      vs. | **STIPULATION REQUESTING CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE TO APRIL 26, 2006** |

14   CONWAY-AUSTRIA.COM, CONWAY-
     BALGARIA.COM, CONWAY-BELARUS.COM,
15   CONWAY-BELARUSY.COM, CONWAY-
     BELGIE.COM, CONWAY-BELGIQUE.COM,
16   CONWAY-BELGIUM.COM, CONWAY-
     BULGARIA.COM, CONWAY-CESKA.COM,
17   CONWAY-CESKO.COM, CONWAY-CYPRUS.COM,
     CONWAY-CZECH.COM, CONWAY-
18   DANMARK.COM, CONWAY-DENMARK.COM,
     CONWAY-EESTI.COM, CONWAY-EIRE.COM,
19   CONWAY-ELLADA.COM, CONWAY-
     ESPANA.COM, CONWAY-ESPANYA.COM,
20   CONWAY-ESTONIA.COM, CONWAY-
     EUROPA.COM, CONWAY-EUROPE.COM,
21   CONWAY-FINLAND.COM, CONWAY-
     FRANCE.COM, CONWAY-GREECE.COM,
22   CONWAY-HRVATSKA.COM, CONWAY-
     HUNGARY.COM, CONWAY-IRELAND, CONWAY-
23   ITALIA.COM, CONWAY-ITALY.COM, CONWAY-
     KROATIA.COM, CONWAY-KYPROS.COM,
24   CONWAY-LATVIA.COM, CONWAY-
     LATVIJA.COM, CONWAY-LETZEBUERG.COM,
25   CONWAY-LIETUVA.COM, CONWAY-
     LITHUANIA.COM, CONWAY-
26   LUXEMBOURG.COM, CONWAY-
     LUXEMBURG.COM, CONWAY-MAGYAR.COM,
27   CONWAY-MALTA.COM, CONWAY-
     NEDERLAND.COM, CONWAY-
28   NETHERLANDS.COM, CONWAY-NOREG.COM,

1-PA/3579261.1

1  CONWAY-NORGE.COM, CONWAY-
NORWAY.COM, CONWAY-OESTERREICH.COM,
2  CONWAY-PLASKA.COM, CONWAY-
POLAND.COM, CONWAY-PORTUGAL.COM,
3  CONWAY-PORTUGUESA.COM, CONWAY-
ROMANIA.COM, CONWAY-RUSSIA.COM,
4  CONWAY-SCHWEDEN.COM, CONWAY-
SLOVAKIA.COM, CONWAY-SLOVENIA.COM,
5  CONWAY-SLOVENIJA.COM, CONWAY-
SLOVENSKO.COM, CONWAY-SPAIN.COM,
6  CONWAY-SUOMI.COM, CONWAY-SVERIGE.COM,
CONWAY-TURKEY.COM, CONWAY-
7  UKRAIJA.COM, CONWAY-UKRAINE.COM,
CONWAY-UNITEDKINGDOM.COM,
8  CONWAYAUSTRIA.COM,
CONWAYBALGARIA.COM,
9  CONWAYBELARUS.COM,
CONWAYBELARUSY.COM,
10  CONWAYBELGIE.COM,
CONWAYBELGIQUE.COM,
11  CONWAYBELGIUM.COM,
CONWAYBULGARIA.COM, CONWAY
12  CESKA.COM, CONWAYCESKO.COM,
CONWAYCYPRUS.COM, CONWAYCZECH.COM,
13  CONWAYDANMARK.COM,
CONWAYDENMARK.COM, CONWAYEIRE.COM,
14  CONWAYELLADA.COM, CONWAYESPANA.COM,
CONWAYESPANYA.COM, CONWAYESTI.COM,
15  CONWAYESTONIA.COM,
CONWAYEUROPA.COM, CONWAYEUROPE.COM,
16  CONWAYFINLAND.COM,
CONWAYFRANCE.COM, CONWAYGREECE.COM,
17  CONWAYHRVATSKA.COM,
CONWAYHUNGARY.COM,
18  CONWAYIRELAND.COM, CONWAYITALIA.COM,
CONWAYITALY.COM, CONWAYKROATIA.COM,
19  CONWAYKYPROS.COM, CONWAYLATVIA.COM,
CONWAYLATVIJA.COM,
20  CONWAYLETZEBUERG.COM,
CONWAYLIECHTENSTEIN.COM,
21  CONWAYLIETUVA.COM,
CONWAYLITHUANIA.COM,
22  CONWAYLUXEMBOURG.COM,
CONWAYLUXEMBURG.COM,
23  CONWAYMAGYAR.COM, CONWAYMALTA.COM,
CONWAYNEDERLAND.COM,
24  CONWAYNETHERLANDS.COM,
CONWAYNOREG.COM, CONWAYNORGE.COM,
25  CONWAYNORWAY.COM,
CONWAYOESTERREICH.COM,
26  CONWAYPLASKA.COM, CONWAYPOLAND.COM,
CONWAYPORTUGAL.COM,
27  CONWAYPORTUGUESA.COM,
CONWAYROMANIA.COM,
28  CONWAYRUSSIA.COM,

1-PA/3579261.1

2

CONWAYSCHWEDEN.COM,
CONWAYSLOVAKIA.COM,
CONWAYSLOVENIA.COM,
CONWAYSLOVENIJA.COM,
CONWAYSLOVENSKO.COM,
CONWAYSPAIN.COM, CONWAYSUOMI.COM,
CONWAYSVERIGE.COM, CONWAYSVIZRA.COM,
CONWAYTURKEY.COM,
CONWAYUKRAIJA.COM,
CONWAYUKRAINE.COM,
CONWAYUNITEDKINGDOM.COM,CONWAY-
EUROPA.NET, CONWAY-EUROPE.NET,
CONWAYEUROPA.NET, CONWAYEUROPE.NET,
CONWAY-CIBRIS.COM, CONWAY-
LIECHTENSTEIN.COM, CONWAY-SCHWEIZ.COM,
CONWAY-SUISSE.COM, CONWAY-SVIZRA.COM,
CONWAY-SVIZZERA.COM,
CONWAYSWEDEN.COM, CONWAY-
SWITZERLAND.COM, CONWAYCIBRIS.COM,
CONWAYSCHWEIZ.COM, CONWAYSUISSE.COM,
CONWAYSVIZZERA.COM,
CONWAYSWITZERLAND.COM, CONWAY-
EUROPE.COM, CONWAYEUROPA.COM,
CONWAY-POLSKA.COM, and
CONWAYPOLSKA.COM,

Defendants.

Pursuant to Local Rules 7-12 and 16-2(d), IT IS HEREBY STIPULATED AND

AGREED, by and between the parties' undersigned counsel, subject to the Court's approval, that

the telephonic Initial Case Management Conference be continued from March 22, 2006 at

3:00 p.m. to April 26, 2006 at 3:00 p.m.and that the Joint Case Management Statement be due ten

days before the April 26, 2006 Case Management Conference.

Good cause exists for the continuance request as the parties have agreed in principle to a

settlement of the matter and need the additional time to finalize a written agreement, which, if

completed, will obviate the need for a Case Management Conference.

//

//

//

1-PA/3579261.1

1    Dated:  March 15, 2006                           MORGAN, LEWIS & BOCKIUS LLP

2

3                                                     By    /s/ Andrew J. Gray
                                                         Andrew J. Gray
4                                                        Bruno Tarabichi
                                                         Attorneys for Plaintiff
5                                                        CNF Inc.

6
     Dated:  March 15, 2006                           KENYON & KENYON
7

8
                                                      By    /s/ Dana R. Kaplan
9                                                        Dana R. Kaplan
                                                         Michelle Mancino Marsh
10                                                       Attorneys for Defendants

11

12   PURSUANT TO THE STIPULATION, IT IS SO ORDERED

13   Date:   March 17, 2006

                                                      Honorable Judge Patel
14

15                                                      IT IS SO ORDERED

16

17                                                      Judge Marilyn H. Patel

18

19

20

21

22

23

24

25

26

27

28

1-PA/3579261.1

4

1

**CERTIFICATE OF SERVICE**

2

3    I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action.  My business address is 2 Palo Alto

4    Square, 3000 El Camino Real, Palo Alto, California 94306.  On March 17, 2006, I caused copies of the attached document(s) described as follows:

5    STIPULATION REQUESTING CONTINUANCE OF THE INITIAL CASE
     MANAGEMENT CONFERENCE TO APRIL 26, 2006

6

7        to be served on:

8    Dana R. Kaplan
     KENYON & KENYON
     One Broadway
9    New York, NY 10004

10

11       _____(BY OVERNIGHT DELIVERY)  I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto,

12   California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the

13   ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

14       ____BY ELECTRONIC MAIL)  The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

15

16       ____(BY FIRST CLASS MAIL)  I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto,

17   California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary

18   course of business mail is deposited in the United States Postal Service the same date as it is placed for collection; and

19       _____(BY FACSIMILE)  The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above; and

20

21       ___X__(BY THE COURT'S ECF NOTIFICATION SYSTEM)  The Court's email notification system.

22       ____(BY PERSONAL SERVICE)  The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

23

24       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California, on  March 17, 2005.

25

26                              /s/ James H. Phan

27                              James H. Phan

28