1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel:  650.843.4000
   Fax:  650.843.4001
5
   Attorneys for Plaintiff
6  CNF Inc.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 CNF Inc.,                                              Case No. 3:05-CV-00492-MHP

12              Plaintiff,

13       vs.                                              **STIPULATED DISMISSAL**

14 CONWAY-AUSTRIA.COM, CONWAY-
   BALGARIA.COM, CONWAY-BELARUS.COM,
15 CONWAY-BELARUSY.COM, CONWAY-
   BELGIE.COM, CONWAY-BELGIQUE.COM,
16 CONWAY-BELGIUM.COM, CONWAY-
   BULGARIA.COM, CONWAY-CESKA.COM,
17 CONWAY-CESKO.COM, CONWAY-CYPRUS.COM,
   CONWAY-CZECH.COM, CONWAY-
18 DANMARK.COM, CONWAY-DENMARK.COM,
   CONWAY-EESTI.COM, CONWAY-EIRE.COM,
19 CONWAY-ELLADA.COM, CONWAY-
   ESPANA.COM, CONWAY-ESPANYA.COM,
20 CONWAY-ESTONIA.COM, CONWAY-
   EUROPA.COM, CONWAY-EUROPE.COM,
21 CONWAY-FINLAND.COM, CONWAY-
   FRANCE.COM, CONWAY-GREECE.COM,
22 CONWAY-HRVATSKA.COM, CONWAY-
   HUNGARY.COM, CONWAY-IRELAND, CONWAY-
23 ITALIA.COM, CONWAY-ITALY.COM, CONWAY-
   KROATIA.COM, CONWAY-KYPROS.COM,
24 CONWAY-LATVIA.COM, CONWAY-
   LATVIJA.COM, CONWAY-LETZEBUERG.COM,
25 CONWAY-LIETUVA.COM, CONWAY-
   LITHUANIA.COM, CONWAY-
26 LUXEMBOURG.COM, CONWAY-
   LUXEMBURG.COM, CONWAY-MAGYAR.COM,
27 CONWAY-MALTA.COM, CONWAY-
   NEDERLAND.COM, CONWAY-
28 NETHERLANDS.COM, CONWAY-NOREG.COM,

1-PA/3585736.1

| | |
|---|---|
| 1 | CONWAY-NORGE.COM, CONWAY-NORWAY.COM, CONWAY-OESTERREICH.COM, |
| 2 | CONWAY-PLASKA.COM, CONWAY-POLAND.COM, CONWAY-PORTUGAL.COM, |
| 3 | CONWAY-PORTUGUESA.COM, CONWAY-ROMANIA.COM, CONWAY-RUSSIA.COM, |
| 4 | CONWAY-SCHWEDEN.COM, CONWAY-SLOVAKIA.COM, CONWAY-SLOVENIA.COM, |
| 5 | CONWAY-SLOVENIJA.COM, CONWAY-SLOVENSKO.COM, CONWAY-SPAIN.COM, |
| 6 | CONWAY-SUOMI.COM, CONWAY-SVERIGE.COM, CONWAY-TURKEY.COM, CONWAY- |
| 7 | UKRAIJA.COM, CONWAY-UKRAINE.COM, CONWAY-UNITEDKINGDOM.COM, |
| 8 | CONWAYAUSTRIA.COM, CONWAYBALGARIA.COM, |
| 9 | CONWAYBELARUS.COM, CONWAYBELARUSY.COM, |
| 10 | CONWAYBELGIE.COM, CONWAYBELGIQUE.COM, |
| 11 | CONWAYBELGIUM.COM, CONWAYBULGARIA.COM, CONWAY |
| 12 | CESKA.COM, CONWAYCESKO.COM, CONWAYCYPRUS.COM, CONWAYCZECH.COM, |
| 13 | CONWAYDANMARK.COM, CONWAYDENMARK.COM, CONWAYEIRE.COM, |
| 14 | CONWAYELLADA.COM, CONWAYESPANA.COM, CONWAYESPANYA.COM, CONWAYESTI.COM, |
| 15 | CONWAYESTONIA.COM, CONWAYEUROPA.COM, CONWAYEUROPE.COM, |
| 16 | CONWAYFINLAND.COM, CONWAYFRANCE.COM, CONWAYGREECE.COM, |
| 17 | CONWAYHRVATSKA.COM, CONWAYHUNGARY.COM, |
| 18 | CONWAYIRELAND.COM, CONWAYITALIA.COM, CONWAYITALY.COM, CONWAYKROATIA.COM, |
| 19 | CONWAYKYPROS.COM, CONWAYLATVIA.COM, CONWAYLATVIJA.COM, |
| 20 | CONWAYLETZEBUERG.COM, CONWAYLIECHTENSTEIN.COM, |
| 21 | CONWAYLIETUVA.COM, CONWAYLITHUANIA.COM, |
| 22 | CONWAYLUXEMBOURG.COM, CONWAYLUXEMBURG.COM, |
| 23 | CONWAYMAGYAR.COM, CONWAYMALTA.COM, CONWAYNEDERLAND.COM, |
| 24 | CONWAYNETHERLANDS.COM, CONWAYNOREG.COM, CONWAYNORGE.COM, |
| 25 | CONWAYNORWAY.COM, CONWAYOESTERREICH.COM, |
| 26 | CONWAYPLASKA.COM, CONWAYPOLAND.COM, CONWAYPORTUGAL.COM, |
| 27 | CONWAYPORTUGUESA.COM, CONWAYROMANIA.COM, |
| 28 | CONWAYRUSSIA.COM, |

| | |
|---|---|
| 1 | CONWAYSCHWEDEN.COM, CONWAYSLOVAKIA.COM, |
| 2 | CONWAYSLOVENIA.COM, CONWAYSLOVENIJA.COM, |
| 3 | CONWAYSLOVENSKO.COM, CONWAYSPAIN.COM, CONWAYSUOMI.COM, |
| 4 | CONWAYSVERIGE.COM, CONWAYSVIZRA.COM, CONWAYTURKEY.COM, |
| 5 | CONWAYUKRAIJA.COM, CONWAYUKRAINE.COM, |
| 6 | CONWAYUNITEDKINGDOM.COM,CONWAY-EUROPA.NET, CONWAY-EUROPE.NET, |
| 7 | CONWAYEUROPA.NET, CONWAYEUROPE.NET, CONWAY-CIBRIS.COM, CONWAY- |
| 8 | LIECHTENSTEIN.COM, CONWAY-SCHWEIZ.COM, CONWAY-SUISSE.COM, CONWAY-SVIZRA.COM, |
| 9 | CONWAY-SVIZZERA.COM, CONWAYSWEDEN.COM, CONWAY- |
| 10 | SWITZERLAND.COM, CONWAYCIBRIS.COM, CONWAYSCHWEIZ.COM, CONWAYSUISSE.COM, |
| 11 | CONWAYSVIZZERA.COM, CONWAYSWITZERLAND.COM, CONWAY- |
| 12 | EUROPE.COM, CONWAYEUROPA.COM, CONWAY-POLSKA.COM, and |
| 13 | CONWAYPOLSKA.COM, |
| 14 | Defendants. |

## STIPULATED DISMISSAL

Pursuant to FED. R. CIV. P. 41(a), IT IS HEREBY STIPULATED, by and between the Plaintiff CNF Inc. and all Defendants, through their designated counsel, that the above-captioned action is dismissed with prejudice and that each party shall bear its own costs, expenses, and attorneys' fees.

//

//

//

1-PA/3585736.1

3

| | | |
|---|---|---|
| 1 | Dated: April 26, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By  /s/ Andrew J. Gray |
| 4 | | Andrew J. Gray |
| | | Bruno Tarabichi |
| | | Attorneys for Plaintiff |
| 5 | | CNF Inc. |
| 6 | | |
| 7 | Dated: April 26, 2006 | KENYON & KENYON |
| 8 | | |
| 9 | | By  /s/ Dana R. Kaplan |
| | | Dana R. Kaplan |
| 10 | | Michelle Mancino Marsh |
| | | Attorneys for Defendants |

April 27, 2006

**IT IS SO ORDERED**

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action.  My business address is 2 Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306.  On April 26, 2006, I caused copies of the attached document(s) described as follows:

**STIPULATED DISMISSAL**

to be served on:

Dana R. Kaplan
KENYON & KENYON
One Broadway
New York, NY 10004

_____(BY OVERNIGHT DELIVERY)  I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

___BY ELECTRONIC MAIL)  The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

___(BY FIRST CLASS MAIL)  I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection; and

_____(BY FACSIMILE)  The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above; and

___X___(BY THE COURT'S ECF NOTIFICATION SYSTEM)  The Court's email notification system.

___(BY PERSONAL SERVICE)  The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California, on  April 26, 2006.

_____/s/ Rekha Chudasama_____

Rekha Chudasama

1-PA/3585736.1